**Order entered July 7, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-00387-CV

### IN THE INTEREST OF D.M., ET AL., CHILDREN

**On Appeal from the 304th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 15-00317**

## ORDER

In light of this Court's July 5, 2016 opinion, we **DENY** as moot appellant Father's July 6, 2016 voluntary motion to dismiss the appeal.

/s/     BILL WHITEHILL
         JUSTICE